## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **CLARENCE CLAUSELL** | ) |
| **Plaintiff,** | ) |
| v. | ) CIVIL ACTION 06-663-KD-B |
| **MICHAEL J. ASTRUE,** **Commissioner of Social Security,** | ) |
| **Defendant.** | ) |

### ORDER

After due and proper consideration of all pleadings in this file, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is **ORDERED** that Plaintiff's Motion for Award of Attorney's Fees Pursuant to the Equal Access to Justice Act be and is hereby **GRANTED, in part.**  Plaintiff's counsel be and is hereby **AWARDED** an EAJA fee in the amount of $ 1, 446.48 for nine attorney hours spent representing Plaintiff in connection with this action.

**DONE** this 2nd day of October , 2007.

 s / Kristi K. DuBose
 **KRISTI K. DuBOSE**
 **UNITED STATES DISTRICT JUDGE**